Peter Crossley, Esq.
**LEGAL SERVICES OF NEW JERSEY**
100 Metroplex Drive, Suite 101
Edison, New Jersey 08817
pcrossley@lsnj.org
(732) 529-8322

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL MERINO QUIROZ,<br><br>Petitioner,<br><br>v.<br><br>HELEN GRIMES, et al.,<br><br>Respondents. | Case No. 26- 13504<br><br>Castner, J. |

**STIPULATED DISMISSAL**

Petitioner, Daniel Merino Quiroz, and Respondents, Helen Grimes, et al., by and through their undersigned counsels, hereby jointly stipulate to dismissal of this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Mr. Merino Quiroz was released from Respondents' custody on November 2, 2026 after posting an Immigration and Customs Enforcement bond. Accordingly, Mr. Merino Quiroz no longer seeks relief from this Court and the parties stipulate to dismissal of his petition.

Dated: November 3, 2026

Respectfully submitted,

<u>*/s/Peter Crossley*</u>
Peter Crossley, Esq.
Legal Services of New Jersey
100 Metroplex Drive, Suite 101
Edison, New Jersey 08817
pcrossley@lsnj.org
(732) 529-8322

**Pro Bono Attorney for Petitioner**

<u>*/s/ Alicia Gonzalez*</u>
Alicia Gonzales, Esq.
Assistant United States Attorney
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2862
alicia.gonzalez@usdoj.gov

**Attorney for Respondents**

It is so ordered this 5th day of November, 2026. It is further ordered that upon entry of this Order, the Clerk of the Court is directed to close this case.

GEORGETTE CASTNER, U.S.D.J.